## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Randolph v. Prieur                                                                 Docket No.: 25-1368

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: David Phillip Friedman

Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Address: 1285 Avenue of the Americas, New York, NY 10019-6064

Telephone: 212-373-3935                              Fax: 212-492-0935

E-mail: dfriedman@paulweiss.com

Appearance for: Edward Randolph / Plaintiff - Appellant
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Paul F. Downs (Nixon Peabody LLP) )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on September 21, 2022                                                                 OR

☐ I applied for admission on                                                                 .

Signature of Counsel: /s/ David Phillip Friedman

Type or Print Name: David Phillip Friedman