# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

535 Mission Street, 25th Floor
San Francisco, CA 94105
+1 628 432 5100

**Marc Price Wolf**
**Direct Dial:** +1 628 432 5167
**Email:** mpricewolf@paulweiss.com

New York
Brussels
Hong Kong
London
Los Angeles
Tokyo
Toronto
Washington, D.C.
Wilmington

July 17, 2025

**By ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 1007

Re:    *Randolph* v. *Prieur*, No. 25-1368

Dear Ms. O'Hagan Wolfe,

  We represent Plaintiff-Appellant Edward Randolph in the appeal referenced above. Pursuant to Local Rule 31.2(a)(1)(A) of this Court, Mr. Randolph respectfully requests that the deadline for filing his brief be set for October 10, 2025.

Sincerely,

Marc Price Wolf