## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Randolph v. Prieur   **Docket No.:** 25-1368

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Masha G. Hansford

**Firm:** Paul, Weiss, Rifkind, Wharton & Garrison LLP

**Address:** 2001 K St. NW Washington, DC 20006

**Telephone:** (202)419-7147   **Fax:** (202)379-4217

**E-mail:** mhansford@paulweiss.com

**Appearance for:** Edward Randolph/Plaintiff-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: David Phillip Friedman/Paul, Weiss, Rifkind, Wharton & Garrison LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 9/23/2025   OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Masha G. Hansford

**Type or Print Name:** Masha G. Hansford