## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Randolph v. Prieur   Docket No.: 25-1368

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Austin Piatt

Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Address: 2001 K St. NW Washington, DC 20006

Telephone: (202)381-5242    Fax: (202)204-7388

E-mail: apiatt@paulweiss.com

Appearance for: Edward Randolph/Plaintiff-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: David Phillip Friedman/Paul, Weiss, Rifkind, Wharton & Garrison LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Austin Piatt

Type or Print Name: Austin Piatt